**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Combis Sport Enterprise Company Limited,<br>Plaintiff,<br>v.<br>Precision Shooting Equipment Incorporated,<br>Defendant. | No. CV-24-00371-TUC-CKJ (MSA)<br>**ORDER** |

Pursuant to the Rules of Practice of the United States District Court District of Arizona (Local Rules), LRCiv. 72,

IT IS ORDERED that this action is referred to Magistrate Judge Maria S. Aguilera for all pretrial proceedings and Report and Recommendation in accordance with 28 U.S.C. 636(b)(1).

IT IS FURTHER ORDERED that all future filings in this case shall be designated, as follows: CV 24-371 TUC CKJ (MSA).

IT IS FURTHER ORDERED that counsel shall note that the initials in the case caption are extremely important because they determine routing to the proper court of all documents filed in this action.

Dated this 16th day of August, 2024.

Honorable Cindy K. Jorgenson
United States District Judge